IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN KEVIN WALTON,<br><br>        Plaintiff,<br><br>  vs.<br><br>NEMANJA VIDAKOVIC, Officer; ZACHARY KINSELLA, Officer; GABRIEL PENHAERRERA, KATIE STENNECHE, Sargent; TAMMIE JENSEN, Mental Health Coordinator; CAPTAIN WEST, and LT. MORRISON,<br><br>        Defendants. | **8:20CV123**<br><br>**MEMORANDUM AND ORDER** |
| JOHN K. WALTON,<br><br>        Plaintiff,<br><br>  vs.<br><br>MICHEAL MYERS, Director; WEST, Captain, Official capacity; SULLIVAN, LT, Official capacity; MOSS, Sgt, Official capacity; GILLISPIE, Officer, Individual capacity; and PENAHERRARA, Officer;<br><br>        Defendants. | **8:20CV224**<br><br>**MEMORANDUM AND ORDER** |

| | |
|---|---|
| JOHN K. WALTON,<br><br>            Plaintiff,<br><br>vs.<br><br>MICHAEL MYERS, Director, Official Capacity; WEST, Captain, Official Capacity; DOOLEY, Officer, Official Capacity; SHARMAN, Officer, Official Capacity; "RED", Medication Nurse; SULLIVAN, LT; and MOSS, SGT;<br><br>            Defendants. | **8:20CV239**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Plaintiff's correspondence docketed as motions for extension of time in the above captioned cases. Plaintiff seeks an additional month to pay his initial partial filing fees in each of the three cases.[1] Upon consideration, Plaintiff's motions are granted.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motions for extension of time (filing 13, Case No. 8:20CV123; filing 11, Case No. 8:20CV224; filing 9, Case No. 8:20CV239) are granted.

2. Plaintiff shall have until **September 16, 2020** to pay his initial partial filing fee in each of the three above captioned cases.

---

[1] Plaintiff only asks for an extension of time in the three above captioned cases. The court notes, however, that Plaintiff also owes initial partial filing fee payments of $15.79 in Case No. 8:20CV155 and $13.40 in Case No. 8:20CV249. In 8:20CV155, Plaintiff has until August 17, 2020 to show cause for his failure to pay the initial partial filing fee. (Filing 9, Case No. 8:20CV155.) In 8:20CV249, Plaintiff has until August 17, 2020 to pay his initial partial filing fee. (Filing 9, Case No. 8:20CV249.)

3. The clerk's office is directed to set the following pro se case management deadline in each of the above captioned cases using the following text: **September 16, 2020**: initial partial filing fee payment due.

Dated this 6th day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge