IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN KEVIN WALTON, <br><br> Plaintiff, <br><br> vs. <br><br> NEMANJA VIDAKOVIC, Officer; ZACHARY KINSELLA, Officer; GABRIEL PENHAERRERA, KATIE STENNECHE, Sargent; TAMMIE JENSEN, Mental Health Coordinator; CAPTAIN WEST, and LT. MORRISON, <br><br> Defendants. | **8:20CV123** <br><br><br> **MEMORANDUM AND ORDER** |
| JOHN K. WALTON, <br><br> Plaintiff, <br><br> vs. <br><br> MICHEAL MYERS, Director; WEST, Captain, Official capacity; SULLIVAN, LT, Official capacity; MOSS, Sgt, Official capacity; GILLISPIE, Officer, Individual capacity; and PENAHERRARA, Officer; <br><br> Defendants. | **8:20CV224** <br><br><br> **MEMORANDUM AND ORDER** |

| | |
|---|---|
| JOHN K. WALTON,<br><br>    Plaintiff,<br><br> vs.<br><br>MICHAEL MYERS, Director, Official Capacity; WEST, Captain, Official Capacity; DOOLEY, Officer, Official Capacity; SHARMAN, Officer, Official Capacity; "RED", Medication Nurse; SULLIVAN, LT; and MOSS, SGT;<br><br>    Defendants. | **8:20CV239**<br><br>**MEMORANDUM AND ORDER** |
| JOHN K. WALTON,<br><br>    Plaintiff,<br><br> vs.<br><br>MICHAEL MYERS, Director; WEST, Captain; BENES, Sgt; and MCNEIL, Co II;<br><br>    Defendants. | **8:20CV249**<br><br>**MEMORANDUM AND ORDER** |

  This matter is before the court on Plaintiff's correspondence docketed as motions for extension of time in the above captioned cases. Plaintiff seeks additional time to pay his initial partial filing fees in each of the four cases. Plaintiff represents, "I'm trying to wait on my brother to send me some money to pay the filing fees." Upon consideration, Plaintiff's motions are granted, and he shall have an additional 30 days from the date of this order to pay his filing fees.[1]

---

[1] Plaintiff owes initial partial filing fees of $4.00 (20CV123), $15.03 (20CV224), $14.64 (20CV239), and $13.40 (20CV249) for a total of $47.07.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motions for extension of time (filing 15, Case No. 8:20CV123; filing 13, Case No. 8:20CV224; filing 11, Case No. 8:20CV239; filing 11, Case No. 8:20CV249) are granted.

2. Plaintiff shall have until **October 19, 2020** to pay his initial partial filing fee in each of the four above captioned cases.

3. The clerk's office is directed to set the following pro se case management deadline in each of the above captioned cases using the following text: **October 19, 2020**: initial partial filing fee payment due.

4. The clerk's office is directed to update Plaintiff's contact information to include his current inmate number of 211731 and to include his inmate number on future mailings.

Dated this 18th day of September, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge