IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN KEVIN WALTON,<br><br>    Plaintiff,<br><br>vs.<br><br>NEMANJA VIDAKOVIC, Officer; ZACHARY KINSELLA, Officer; GABRIEL PENHAERRERA, KATIE STENNECHE, Sargent; TAMMIE JENSEN, Mental Health Coordinator; CAPTAIN WEST, and LT. MORRISON,<br><br>    Defendants. | **8:20CV123**<br><br>**MEMORANDUM AND ORDER** |
| JOHN K. WALTON,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHEAL MYERS, Director; WEST, Captain, Official capacity; SULLIVAN, LT, Official capacity; MOSS, Sgt, Official capacity; GILLISPIE, Officer, Individual capacity; and PENAHERRARA, Officer;<br><br>    Defendants. | **8:20CV224**<br><br>**MEMORANDUM AND ORDER** |

| | |
|---|---|
| JOHN K. WALTON,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL MYERS, Director, Official Capacity; WEST, Captain, Official Capacity; DOOLEY, Officer, Official Capacity; SHARMAN, Officer, Official Capacity; "RED", Medication Nurse; SULLIVAN, LT; and MOSS, SGT;<br><br>   Defendants. | **8:20CV239**<br><br>**MEMORANDUM AND ORDER** |
| JOHN K. WALTON,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL MYERS, Director; WEST, Captain; BENES, Sgt; and MCNEIL, Co II;<br><br>   Defendants. | **8:20CV249**<br><br>**MEMORANDUM AND ORDER** |

  This matter is before the court on Plaintiff's correspondence docketed as motions for extension of time in the above captioned cases. Plaintiff seeks additional time to pay his initial partial filing fees in each of the four cases. Plaintiff represents, "I have recieved [sic] a check from my Brother and IT won't be released until Oct 27th and I'll send the entire amount $47.07 as soon as check is processed." Upon

2

consideration, Plaintiff's motions are granted, and he shall have an additional 30 days from the date of this order to pay his filing fees.[1]

IT IS THEREFORE ORDERED that:

1. Plaintiff's motions for extension of time (filing 18, Case No. 8:20CV123; filing 15, Case No. 8:20CV224; filing 13, Case No. 8:20CV239; filing 13, Case No. 8:20CV249) are granted.

2. Plaintiff shall have until **November 19, 2020** to pay his initial partial filing fee in each of the four above captioned cases.

3. The clerk's office is directed to set the following pro se case management deadline in each of the above captioned cases using the following text: **November 19, 2020**: initial partial filing fee payment due.

Dated this 20th day of October, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

---

[1] Plaintiff owes initial partial filing fees of $4.00 (20CV123), $15.03 (20CV224), $14.64 (20CV239), and $13.40 (20CV249) for a total of $47.07. When sending his payments, Plaintiff should be mindful to designate the specific amount of each payment and to which case the payment corresponds, i.e. he should send a separate payment for each case rather than a single check for the total amount.