IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN K. WALTON,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHEAL MYERS, Director; WEST, Captain, Official capacity; SULLIVAN, LT, Official capacity; MOSS, Sgt, Official capacity; GILLISPIE, Officer, Individual capacity; and PENAHERRARA, Officer;<br><br>      Defendants. | **8:20CV224**<br><br>**ORDER** |

    Plaintiff, who advised he is no longer incarcerated, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing 19.) Upon review of Plaintiff's motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis as a non-prisoner.

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff is granted leave to proceed in forma pauperis as a non-prisoner.

    2.    The clerk of the court is directed to update the court's records to reflect Plaintiff is no longer liable for the remaining balance of the filing fee.

    3.    Plaintiff's correspondence (filing 18), construed as a motion for status, is granted. Plaintiff is advised that the next step in his case is for the court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this

review in its normal course of business and will address Plaintiff's other pending motion at that time.

Dated this 16th day of December, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge