IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN K. WALTON, <br><br> Plaintiff, <br><br> vs. <br><br> MICHEAL MYERS, Director; WEST, Captain, Official capacity; SULLIVAN, LT, Official capacity; MOSS, Sgt, Official capacity; GILLISPIE, Officer, Individual capacity; and PENAHERRARA, Officer; <br><br> Defendants. | 8:20CV224 <br><br> ORDER |

IT IS ORDERED that Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Filing 21) is denied as moot. Plaintiff was granted leave to proceed in forma pauperis as a nonprisoner in Filing 20.

Dated this 22nd day of December, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge