IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN K. WALTON,<br><br>   Plaintiff,<br><br> vs.<br><br>MICHEAL MYERS, Director; WEST, Captain; SULLIVAN, Lt; MOSS, Sgt; GILLISPIE, Officer, and PENAHERRARA, Officer,<br><br>   Defendants. | 8:20CV224<br><br><br>**MEMORANDUM<br>AND ORDER** |

  On February 8, 2021, the court ordered Plaintiff to file an amended complaint by March 8, 2021, or face dismissal of this action. (Filing 25.)[1] To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

  IT IS THEREFORE ORDERED:

  1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

  2. The court will enter judgment by a separate document.

  Dated this 9th day of March, 2021.

             BY THE COURT:

             *Richard G. Kopf*
             Richard G. Kopf
             Senior United States District Judge

---

[1] The court's initial order requiring Plaintiff to file an amended complaint within 30 days was entered on January 6, 2021 (Filing 23), but Plaintiff was granted a 30-day extension of time.