IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN K. WALTON,<br><br>Plaintiff,<br><br>vs.<br><br>MICHEAL MYERS, Director;<br>WEST, Captain; SULLIVAN, Lt;<br>MOSS, Sgt; GILLISPIE, Officer; and<br>PENAHERRARA, Officer,<br><br>Defendants. | 8:20CV224<br><br><br>**MEMORANDUM<br>AND ORDER** |

On April 8, 2021, the court ordered Plaintiff to file an amended complaint by May 10, 2021, or face dismissal of this action. (Filing 29.) To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 13th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge